In The United States District Court for the Southern District of Texas Corpus Christi Division

United States Courts
Southern District of Texas
FILED

JUL 11 2018

David J. Bradley, Clerk of Court

Fred G. Martinez
TDCJ#2061834,
Plaintiff.

V.

Nueces County Sheriff's Ofc/Jail, et al,
Defendants.

Jurisdiction and Venue

Civil Action No:
2:18-CV-158

---

(1) This is a civil action authorized by 42 U.S.C. Sec. 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States.

(2) The Court has jurisdiction under 28 U.S.C. Sec. 1331 and 1343(a)(3).

(3) Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Sec. 2201 and 2202.

(4) Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Sec. 2283 and 2284, and Rule 65- Fed. Rule of Civil Procedures.

(5) The U.S. District Court- Southern District of Texas is an Appropriate venue under 28 U.S.C. Sec. 1391(b)(2), because it is where the events giving rise to this claim occurred.

(6) Plaintiff seeks relief under Federal Tort Claims Act, which are authorized by 28 U.S.C. Sec. 1346.

(7) The Court has supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. Sec. 1367.

(8) Plaintiff seeks a jury trial on all issues triable by jury.

(9) Plaintiff seeks reimbursement of costs in this suit, and

(10) any additional relief this Court deem just.

Signed on the 5th day of July, 2018.

Respectfully submitted,

Fred G. Martinez- Plaintiff

2061834
TDCJ#

Fred G. Maetiner
#2068594 Stiles
3060 FM 3514
Beaumont, TX 77705

U.S. District Court
Southern Division
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

United States Courts
Southern District of Texas
FILED

JUL 11 2018

David J. Bradley, Clerk of Court