# Declaration #1, #2 and #3.

Case No. 2:18- CV-158

Fred G. Martinez

V.

Nueces County Sheriff

COPY

Fred G. Martinez
      TDCJ#2261834,
           Plaintiff.

v.

Nueces Cty. Sheriff's Office/Jail,
and Sheriff Jim Kaelin, And All
Booking Deputies under his command.

#1

Declaration of

Ruben Ramos

Case No. 2:18-cv-158

## Declaration of Oath

On or About March-20-2011, I, Ruben Ramos, TDCJ #01723401, SID#_____, was incarcerated in the Nueces County Jail.

During the Booking process at this facility, I experienced multiple foul actions exercised by Nueces County Deputies assigned in the Booking Department. These bad acts include:

(1) Jailed in an unauthorized holding cell in the harsh confinds of the basement of the Nueces County Jail, refered to by inmates as "The Dungeon."

(2) Deprived of: (a) phone privileges
                    (b) Commissary
                    (c) law library
                    (d) necessities
                    (e) Adequate food
                    (f) showers

(3) Excess of the 48-hrs time-limit to process.

I, Ruben Ramos, in the TDCJ-Stiles Unit, declare under penalty of perjury that the foregoing instrument is true and correct.

Executed on the 16th day of May 2018.

R.R. Ramos TDC# 01723401
Declaree

COPY #2

Fred G. Martinez
TDCJ#2061834,
Plaintiff.

v.

Nueces Cty. Sheriff's Office/Jail,
and Sheriff Jim Kaelin, and All
Booking Deputies under his command.

Declaration of
Robert Garcia

Case No. 2:18-cv-158

## Declaration of Oath

On or about September 17, 2015 I, Robert Garcia,
TDCJ# 02079822 - SID # 10122327, was incarcerated in
the Nueces County Jail.

During the Booking Process at this facility, I experienced
multiple foul actions exercised by Nueces County Deputies assigned
in the Booking Department. These bad acts include:

(1) Jailed in an unauthorized holding cell in the harsh confinds of
the basement of the Nueces County Jail, referred to by inmates
as "the Dungeon."

(2) Deprivation of:  (a) phone privileges
(b) commissary
(c) law library
(d) necessities
(e) adequate food
(f) showers

(3) Excess of 48-hrs time-limit to process.

I, Robert Garcia, in the TDCJ-Stiles Unit,
declare under penalty of perjury that the foregoing instrument
is true and correct.

Executed on the 10th day of May, 2018.

R. G.
Declaree

Fred G. Martinez
    TDCJ # 2061834,
      Plaintiff.

V.

Nueces Cty. Sheriff's Office / Jail,
and Sheriff Jim Kaelin, and all
Booking Deputies under his command.

#3

Declaration of
Jesco Rodriguez

Case No: 2:18-CV-158

## Declaration of Oath

On or about 12-15      I, Jesco Rodriguez ,
TDCJ# 1985545 - SID# _____, was incarcerated in
the Nueces County Jail.

    During the Booking Process at this facility, I experienced
multiple bad Actions exercised by Nueces County Deputies assigned
to the Booking Department. These bad acts include:

(1) Jailed in an unauthorized holding cell in the harsh confinds of
    the basement of the Nueces County Jail, refered by inmates
    as "The Dungeon."

(2) Deprivation of: (a) phone privileges
                 (b) commissary
                 (c) law library
                 (d) necessities
                 (e) adequate food
                 (f) showers

(3) Excess of 48-hr time-limit to process.

    I, Jesco Rodriguez in the TDCJ- Stiles Unit,
declare under penalty of perjury that the foregoing instrument
is true and correct.

    Executed on 10th day of May , 2018.

Jesco Rodriguez
Declaree