TO: U.S. District Court  
Southern Dist.  
1133 N. Shoreline Blvd.  
Corpus Christi, TX 78401

FROM: Fred G. Martinez  
#2061834-Stiles  
3060 FM 3514  
Beaumont, TX 77705

RE: CASE NO. 2:18-CV-158  
Fred G. Martinez v. Nueces County Sheriff's Office/Jail, et al.

DEAR CLERK:

Enclosed you will find "Plaintiff's Amended Complaint" and supporting documents.

Please file accordingly and bring to the attention of the court.

Thank you

9-14-18  
DATE

Fred G. Martinez - Plaintiff

United States Courts  
Southern District of Texas  
RECEIVED

SEP 21 2018

David J. Bradley, Clerk of Court