Fred G. Martinez
2061834- Stiles
060 Fm 3514
Beaumont, TX 77705



United States Courts
Southern District of Texas
FILED

SEP 21 2018

David J. Bradley, Clerk of Court

U.S. District Court
Southern District
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

on 1-11-18 W 5:22 pm. witnessed
by TDCJ Staff.